# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**VANTICE L BESHEARS,**
**Petitioner,**

vs.                                                                                                           Case Number:   **10-2072**

**AUSTIN RANDOLPH, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is dismissed with prejudice, as this court lacks subject matter jurisdiction to hear petitioner's claim.  Case is terminated.

ENTER this 4th day of June 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK